| | |
|---|---|
| TED WARREN LEWIS, | § |
| Petitioner, | § |
| v. | § 2:08-CV-177 |
| NATHANIEL QUARTERMAN, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § |
| Respondent. | § |

## ORDER ADOPTING REPORT AND RECOMMENDATION
### and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a federal writ of habeas corpus. On November 21, 2008, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant habeas application be dismissed for petitioner's failure to pay the required filing fee. As of this date, no objections to the Magistrate Judge's Report and Recommendation have been filed of record, and the filing fee has not been paid.

Having made an independent examination of the record in this case, the undersigned United States District Judge is of the opinion the Magistrate Judge's Report and Recommendation should be, and hereby is, ADOPTED. Accordingly, the petition for a writ of habeas corpus is hereby DISMISSED.

IT IS SO ORDERED.

ENTERED this _17th_ day of _December_ 2008.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE